IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TILLMAN NORTH, :

    Petitioner, :

v. : CIVIL ACTION 10-0327-WS-M

LEEPOSEY DANIELS, :

    Respondent. :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DENIED** as this Court does not have jurisdiction to review it and that this action be **DISMISSED.**

DONE this 6th day of December, 2010.

                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE