IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TILLMAN NORTH,                   :

    Petitioner,                  :

v.                               :     CIVIL ACTION 10-0327-WS-M

LEEPOSEY DANIELS,                :

    Respondent.                  :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Leeposey Daniels and against Petitioner Tillman North on all claims.

DONE this 6th day of December, 2010.


                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE